UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DESMOND C. PARKER**                                              **CIVIL ACTION**

**VERSUS**                                                                        **NO. 16-1609**

**MARLIN N. GUSMAN, ET AL.**                                  **SECTION: "S"(1)**

# O R D E R

On April 20, 2016, the Court denied plaintiff's request for the issuance of subpoenas duces tecum requiring outside medical providers to provide him with copies of his medical records. Rec. Doc. 19. Plaintiff now moves for reconsideration of that ruling, noting that the Court's order indicated that he was not proceeding as a pauper in this civil action. Rec. Doc. 27.

Plaintiff is correct in noting that the Court's order erred in that respect. Therefore, the motion for reconsideration, Rec. Doc. 27, is **GRANTED** in order to correct that typographical error.

Nevertheless, plaintiff's underlying motion for the issuance of subpoenas duces tecum, Rec. Doc. 18, is once again **DENIED**. Whether or not plaintiff is proceeding as a pauper simply has no relevance to that motion. Although a grant of pauper status relieves a plaintiff of the obligation to pay the full **filing fee** in advance, it does not entitle him to have either the Court or non-parties underwrite his **discovery** expenses. See Badman v. Stark, 139 F.R.D. 601, 604-05 (M.D. Pa. 1991). Where, as here, a plaintiff has made no provision for the costs of discovery, it is

appropriate for a Court to deny a request for the issuance of subpoenas duces tecum – **even if** the plaintiff is proceeding *in forma pauperis*.  Id.; accord Hemphill v. St. Tammany Parish Coronor's Office, Civ. Action No. 07-5565, 2008 WL 4852024 (E.D. La. Nov. 7, 2008).

New Orleans, Louisiana, this twenty-fifth day of May, 2016.

_____
**SALLY SHUSHAN**
**UNITED STATES MAGISTRATE JUDGE**