**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**DESMOND C. PARKER**                                                                 **CIVIL ACTION**

**VERSUS**                                                                                          **NO. 16-1609**

**MARLIN N. GUSMAN, ET AL.**                                                   **SECTION: "S"(1)**

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the plaintiff's objections to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  In his objection, plaintiff states that Dr. Nguyen provided inadequate medical care. However, as explained by the United States Magistrate Judge, plaintiff's allegations regarding D. Nguyen's allegedly deficient care do not rise to the level of a constitutional violation.  Further, plaintiff has not demonstrated that the United States Magistrate Judge improperly applied the law with respect to a lost property claim not rising to the level of a constitutional due process violation.

**IT IS ORDERED** that the motions to dismiss filed by Correct Care Solutions, LLC, and Dr. Xuong Nguyen, Rec. Docs. 36 and 38, are **GRANTED** and the claims against those defendants are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that plaintiff's lost property claim is **DISMISSED WITHOUT PREJUDICE** to his right to assert his claim in state court.

New Orleans, Louisiana, this  7th  day of ____December____, 2016.

**UNITED STATES DISTRICT JUDGE**