## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

## NOTICE OF MANUAL ATTACHMENT

**DESMOND PARKER**                                **CIVIL**

**VERSUS**                                                   **NO: 16-1609**

**MARLIN GUSMAN, ET AL**                      **SECTION: S(1)**

**ATTACHMENTS TO DOCUMENT NO.  #105**

    **DESCRIPTION:  Exhibit - DVD**

    **FILED BY:  Desmond Parker**

    **FILE DATE:  12/26/2017**

**ARE LOCATED IN THE CLERK'S OFFICE.**